IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

NEWTON JR COOK,

      Plaintiff,

vs.                                                                No. CIV-10-445-JHP

DARIN J. UPTON, JON P. BOZEMAN, JOSH
WILLIAMS, TERRY PARKS, LEWIS
COLLINS, BILL BOOKER and EARL
MAXWELL,

      Defendants.

## ORDER

This matter comes before the Court on Defendants' FED. R. CIV. P. 12(b)(6) Motions to

Dismiss Plaintiffs' Complaint. (Dkt. #s 28 and 31) .

In order to survive a motion to dismiss for failure to state a claim upon which relief can be

granted, factual allegations must be enough to raise a right to relief above the speculative level, on

the assumption that all the allegations in the complaint are true even if doubtful in fact. *Bell Atlantic*

*Corp. V. Twombly, 127 S.Ct. 1955, 1964-65 (2007).* Yet the Court need not accept as true legal

conclusions from the complaint or "'naked assertion[s]' devoid of 'further factual enhancement.'"

*Ashcroft v. Iqbal, _____ U.S. _____ , 129 S.Ct. 1937 (2009) (*quoting *Bell Atlantic Corp. v.* Twombly,

*550 U.S. at 557) (*quoting *Bell Atlantic Corp. v.* Twombly, *550 U.S. at 557).* The Court, after

careful review of the pleadings, and based upon the reasons as more fully set forth in Defendants'

Motions to Dismiss Plaintiff's Complaint (Dkt. #s 28 and 31), finds that Plaintiff has failed to meet

this standard and Defendants' Motions to Dismiss are GRANTED.

**IT IS SO ORDERED** this 23rd day of March, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma