IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

NEWTON JR COOK,

    Plaintiff,

vs.

DARIN J. UPTON, JON P. BOZEMAN, JOSH WILLIAMS, TERRY PARKS, LEWIS COLLINS, BILL BOOKER and EARL MAXWELL,

    Defendants.

No. CIV-10-445-JHP

# JUDGMENT

Pursuant to the Defendants' Motions to Dismiss which were granted the 23rd day of March, 2011, the Court enters judgment for the defendants and against the plaintiff.

**IT IS SO ORDERED** this 23rd day of March, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma