IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

NEWTON JR COOK,

     Plaintiff,

vs.

DARIN J. UPTON, JON P. BOZEMAN, JOSH
WILLIAMS, TERRY PARKS, LEWIS
COLLINS, BILL BOOKER and EARL
MAXWELL,

     Defendants.

No. CIV-10-445-JHP

# AMENDED JUDGMENT

     Pursuant to the Defendants' Lewis Collins, Earl Maxwell, Terry Parks, Jon P. Bozeman and Josh Williams Motions to Dismiss which were granted the 23rd day of March, 2011, the Court enters judgment for the defendants and against the plaintiff.

     **IT IS SO ORDERED** this 28th day of March, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma