# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

NEWTON JR. COOK,
                Plaintiff(s),

vs.                               Case Number:  CIV-10-445-JHP

DARIN UPTON and BILL BOOKER,
                Defendant(s).

**ORDER**

      Pursuant to Rules 37 and 41(b) of the Federal Rules of Civil Procedure, notice is hereby given that this case shall be dismissed for lack of prosecution as to defendants Darin Upton, Drug Task Force, and Bill Booker, Choctaw County Sheriff, if no action is taken within thirty (30) days of the date of this Order.

      Dated at Muskogee, Oklahoma, on April 25, 2011.

                                            James H. Payne
                                            United States District Judge
                                            Eastern District of Oklahoma