IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEWTON JR. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-10-445-JHP |
| | ) | |
| DARIN UPTON and BILL BOOKER, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the Order entered pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court hereby enters judgment in favor of the Defendants, Darin Upton and Bill Booker, and against Plaintiff.

IT IS SO ORDERED this 2nd day of June, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma